**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STEVEN A. STADTMAUER**<br><br>                **Plaintiff,**<br>   v.<br><br>**FIRST UNUM LIFE INSURANCE**<br>**COMPANY,**<br><br><br>                **Defendant.** | **Case No.  7:26-cv-02592**<br><br><br><br>**MOTION FOR ADMISSION TO**<br>**PRACTICE,** *PRO HAC VICE* |

Pursuant to Local Civil Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Sara E. Kaplan, Esq., hereby moves before this Court for an Order of admission to practice *pro hac vice* and appear as counsel for Plaintiff, Steven A. Stadtmauer, in the above-captioned action.

Sara E. Kaplan, Esq. is a member in good standing of the bars of the States of New Jersey and New York, and there are no pending disciplinary proceedings against her in any state or federal court. She has never been convicted of a felony.  She has never been censured, suspended, disbarred, or denied admission or readmission by any court.  A signed affidavit certifying same is attached hereto.

The $200 fee for pro hac vice admission has been paid with the filing of this motion.

Dated: June 2, 2026                                    Respectfully submitted,

                                                                    /s/ Sara E. Kaplan


                                                                    _____
                                                                    Sara E. Kaplan
                                                                    Attorney for Plaintiff, Steven A. Stadtmauer