**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **STEVEN A. STADTMAUER**<br><br>                **Plaintiff,**<br>  v.<br><br><br>**FIRST UNUM LIFE INSURANCE**<br>**COMPANY,**<br><br><br><br>              **Defendant.** | **Case No.  7:26-cv-02592**<br><br><br>**[PROPOSED] ORDER GRANTING**<br>**ADMISSION TO   PRACTICE, *PRO HAC***<br>***VICE*** |

The motion of Sara E Kaplan for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the bars of the States of New Jersey and New York, and that her contact information is as follows:

Sara E. Kaplan
Green Savits, LLC
25B Vreeland Road, Suite 207
Florham Park, NJ 07932
Telephone: (973) 695-7777
Facsimile: (973) 695-7788
Email: skaplan@greensavits.com

Applicant having requested admission pro hac vice to appear for all purposes for Plaintiff, Steven A. Stadtmauer, in the above-captioned case,

IT IS HEREBY ORDERED, that Applicant is admitted to practice, *pro hac vice*, in the above referenced case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 3 _____, 2026

_____

UNITED STATES DISTRICT JUDGE