UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

STEVEN A. STADTMAUER,

               Plaintiff,

    -against-

FIRST UNUM LIFE INSURANCE
COMPANY,

               Defendant.

-------------------------------------------------- X

Civil Action No. 7:26-cv-02592-PMH

**DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT**

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant First Unum Life Insurance Company states as follows:

First Unum Life Insurance Company is a wholly owned subsidiary of Unum Group, a publicly traded company. Based on its filings with the Securities and Exchange Commission on Schedule 13G, BlackRock, Inc. and its affiliates own more than 10% of the common stock of Unum Group.

Dated:  New York, New York
        June 25, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Alnisa Bell*
    Alnisa Bell
    abell@seyfarth.com
    620 Eighth Avenue
    New York, New York  10018
    Telephone:  (212) 218-5500
    Facsimile:  (212) 218-5526

*Attorneys for Defendant, First Unum Life
Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on June 25, 2026, a true and correct copy of the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT was electronically filed with the District Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Alnisa Bell*
Alnisa Bell

3